ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
      wwong@grsm.com

*Attorneys for I. Q. Data International, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tai Wood,<br><br>          Plaintiffs,<br><br>v.<br><br>I. Q. Data International, Inc.,<br><br>          Defendants. | Case No.: 2:19-cv-02040-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

      Pursuant to Local Rules 6-1 and 7-1, Plaintiff Tai Wood ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

## **STIPULATION**

    1.    Plaintiff filed the Complaint on November 25, 2019. *See* ECF No. 1.

    2.    I.Q. Data was served with the Summons and Complaint on November 27, 2019, making its response to the Complaint due on December 18, 2019.

    3.    I.Q. Data recently retained counsel, and a brief extension is necessary to allow I.Q. Data's counsel to obtain the file and investigate the allegations in the Complaint before responding.

    4.    The extension will also allow the parties to conduct early resolution discussions.

    5.    Plaintiff has no objection to the extension.

6. This request for an extension is made in good faith and not for purposes of delay.

7. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **January 10, 2020**.

DATED: December 9, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for I.Q. Data International, Inc.*

DATED: December 9, 2019.

KIND LAW

*/s/ Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123

*Attorney for Tai Wood*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 10, 2019

-2-