ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
      wwong@grsm.com

*Attorneys for I. Q. Data International, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tai Wood,<br><br>    Plaintiffs,<br><br>v.<br><br>I. Q. Data International, Inc.,<br><br>    Defendants. | Case No.: 2:19-cv-02040-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Tai Wood ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed the Complaint on November 25, 2019. *See* ECF No. 1.

2. I.Q. previously obtained an extension to respond to the Complaint by January 10, 2020. *See* ECF No. 8.

3. The parties are actively exploring resolution and believe an additional brief extension of approximately three weeks could help facilitate the on-going settlement discussion.

4. This request for an extension is made in good faith and not for purposes of delay.

-1-

5. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **January 31, 2020**.

| | |
|---|---|
| DATED: January 7, 2020. | DATED: January 7, 2020. |
| GORDON REES SCULLY MANSUKHANI, LLP | KIND LAW |
| */s/ Wing Yan Wong* <br> Robert S. Larsen, Esq. <br> Nevada Bar No. 7785 <br> Wing Yan Wong, Esq. <br> Nevada Bar No. 13622 <br> 300 So. 4th Street, Suite 1550 <br> Las Vegas, NV 89101 | */s/ Michael Kind* <br> Michael Kind, Esq. <br> Nevada Bar No. 13903 <br> 8860 S. Maryland Parkway, Suite 106 <br> Las Vegas, NV 89123 |
| *Attorneys for I.Q. Data International, Inc.* | *Attorney for Tai Wood* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2020