ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
         wwong@grsm.com

*Attorneys for I. Q. Data International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tai Wood,<br><br>                Plaintiffs,<br><br>v.<br><br>I. Q. Data International, Inc.,<br><br>                Defendants. | Case No.:  2:19-cv-02040-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(THIRD REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Tai Wood ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed the Complaint on November 25, 2019. *See* ECF No. 1.

2. I.Q. Data was served with the Summons and Complaint on November 27, 2019.

3. I.Q. Data and Plaintiff have been exploring early resolution. To that end, the Court previously granted I.Q. Data two extensions to respond to the Complaint by January 31, 2020. ECF Nos. 8, 10.

4. At this time, Plaintiff anticipates filing an amended complaint to include additional allegation(s) and claim(s).

5. For judicial economy, and to help facilitate the on-going settlement discussions,

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Plaintiff and I.Q. Data agree that I.Q. Data will not need to file a response to the current operative Complaint.

6. Plaintiff will file his Amended Complaint by February 14, 2020.

7. I.Q. Data will have three (3) weeks thereafter to file its response to the Amended Complaint.

8. In the event Plaintiff does not file his Amended Complaint, the parties agree that I.Q. Data's response to the Complaint will be due on or before February 21, 2020.

9. This request for an extension is made in good faith and not for purposes of delay but to help resolve any and all potential claims Plaintiff may assert in this case.

DATED: January 31, 2020.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Wing Yan Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for I.Q. Data International, Inc.*

DATED: January 31, 2020.

KIND LAW

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123

*Attorney for Tai Wood*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 3, 2020