# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAI WOOD,

    Plaintiff(s),

v.

I.Q. DATA INTERNATIONAL, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-02040-APG-NJK

**ORDER**

(Docket No. 16)

Pending before the Court is the parties' joint motion for extension of time for Defendant Equifax Information Services LLC to file answer. Docket No. 16. For good cause shown, the motion is **GRANTED**. *Id.* Defendant shall respond to the complaint no later than April 10, 2020.

IT IS SO ORDERED.

Dated: March 11, 2020

Nancy J. Koppe
United States Magistrate Judge